JAMES BRADY, Appellant, v 450 WEST 31ST STREET OWNER'S CORP. et al., Respondents. (And Another Action.)

Submitted January 19, 2016; decided March 29, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of DEVON D.T. CHILDREN'S AID SOCIETY et al., Respondents; DAVINA T., Appellant.

Submitted February 29, 2016; decided March 29, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.